**GREGG M. AUDET**, State Bar No. 158682
gaudet@bftlegal.com
**DANIEL S. IMBER**, State Bar No. 185425
dimber@bftlegal.com
**BANNAN, FRANK & TERZIAN LLP**
555 S. Flower Street, Suite 2700
Los Angeles, California 90071
Telephone (213) 362-1177
Facsimile (213) 362-1188

Attorneys for Defendant
Mercedes-Benz USA, LLC

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELENA NIKOLSKAYA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC,<br><br>　　　　Defendant. | Case No. CV 08-00237 DOC (RNBx)<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO FRCP 68 |

Defendant Mercedes-Benz USA, LLC ("MBUSA") having made an offer of judgment pursuant to Federal Rules of Civil Procedure Rule 68, and plaintiff Yelena Nikolskaya, having given written notice accepting the offer, the Court grants and enters this Judgment Pursuant To FRCP 68 as follows:

///
///
///

1
[PROPOSED] JUDGMENT PURSUANT TO FRCP 68

1.    MBUSA shall pay, by check or checks, the settlement amount of $48,000.00 to the order of Yelena Nikolskaya and the Anderson Law Firm. The payment shall be made on or before June 6, 2008 or as otherwise agreed by the parties.

2.    Plaintiff shall return and turn-over the subject motor vehicle, a 2006 Mercedes-Benz E350, vehicle identification no. WDBUF56F56A-921337 (the "E350"), with all of its keys and manuals, to or as directed by MBUSA. At or before the vehicle turn-over, plaintiff shall execute necessary forms for the transfer of the E350's title to MBUSA, possibly including but not limited to the DMV form 262, odometer disclosure statement, bill of sale reflecting the sale of the E350 to defendant MBUSA for value received, a notice of release of liability for the vehicle, and an authorization for payoff form. The date and place of this vehicle turn-over shall be June 6, 2008, at 10:00 a.m. at the service department manager's office of Mercedes-Benz of Beverly Hills, 9250 Beverly Blvd., Beverly Hills, CA 90210, or at a place and time of day mutually agreed upon by the parties in writing.

3.    MBUSA shall pay directly to Mercedes-Benz Financial the remaining balance owing under plaintiff's lease agreement (commencing with the lease payment due on or about July 2, 2008) for the E350, exclusive of any lease payments or late charges incurred prior to that date.

4.    After performance of the parties' respective obligations set forth in paragraphs 1-3 above, plaintiff shall provide MBUSA with an executed Acknowledgement of Satisfaction of Judgment.

5.    Notwithstanding the entry of Judgment, the Court shall retain jurisdiction to enforce any provision of this Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

6. This Judgment shall be inclusive of all damages, costs, interest, attorneys' fees, expenses, penalties, lost income, and any other sums or amounts or claims that have been or could be claimed by plaintiff of any nature whatsoever. Plaintiff shall not be entitled to further apply for damages, costs, interest, attorneys' fees, expenses, penalties, lost income, and any other sums or amounts. The Court finds that, by accepting the Rule 68 Offer, plaintiff has knowingly and voluntarily waived her right to recover any additional damages, costs, interest, attorneys' fees, expenses, penalties, lost income, and any other sums or amounts.

7. Plaintiff shall satisfy any experts', mechanics', materialmens', lenders', or attorneys' lien she has incurred arising out of this action.

IT IS SO ORDERED.

Dated: June 9, 2008

*David O. Carter*
The Honorable David O. Carter
United States DISTRICT Judge